SAMUEL ASHMORE *et al.* v. THE AMERICAN SURETY
COMPANY OF NEW YORK.

No. 15,820.   (99 Pac. 1132.)

Error from Shawnee district court; ALSTON W.
DANA, judge.   Opinion filed February 6, 1909.   Dis-
missed.

*Robert T. Herrick,* for plaintiffs in error.

*A. A. Godard,* and *H. E. Valentine,* for defendant in
error.

*Per Curiam:* Complaint is made that the district court erred in sustaining a demurrer to the answer of the defendants. This is the. only question presented. The petition in error having been filed in this court more than one year after the ruling complained of was made, we are unable to consider it. The case is dismissed.